**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Michael E. WILLIAMS, Defendant-Appellant.**

**No. 16-7134**

United States Court of Appeals, Fourth Circuit.

Submitted: January 5, 2017

Decided: January 11, 2017

Michael E. Williams, Appellant Pro Se. Olivia L. Norman, Office of the United States Attorney, Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Williams appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, No. 3:03-cr-00344-HEH-1 (E.D. Va. Aug. 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED